UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BILAL JAMAL STRONG,

    Plaintiff,

  v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. CV 10-3224 ODW (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

    **IT IS SO ORDERED**.

DATED:  May 22, 2012

_____
OTIS D. WRIGHT, II
United States District Judge