UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILAL JAMAL STRONG, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-3224 ODW (AJW) |
| ) | |
| v. ) | |
| ) | |
| LOS ANGELES COUNTY ) | J U D G M E N T |
| SHERIFF'S DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: January 4, 2013

_____
OTIS D. WRIGHT, II
United States District Judge