**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **BILAL JAMAL STRONG,** | ) |
| Plaintiff, | ) Case No. 10-3224 ODW (AJW) |
| v. | ) |
| **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,** | ) **J U D G M E N T** |
| Defendants. | ) |

    **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: January 4, 2013

_____
OTIS D. WRIGHT, II
United States District Judge